IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CR-55-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROL APRIL GRAFF, | ) | |
| | ) | |
| Defendant. | ) | |

On September 21, 2015, defendant filed a motion pursuant to 18 U.S.C. § 3585(b) seeking credit for time served from October 2013 to October 2014. [D.E. 120] 1. During the period from October 2013 to October 2014, defendant was released on bail on her own recognizance. See id. 1–2; see also [D.E. 33, 36, 40–42].

Defendant is not entitled to credit for the time while she was released on bail. The time period was not time "spent in official detention . . . ." 18 U.S.C. § 3585(b); Reno v. Koray, 515 U.S. 50, 55–64 (1995); United States v. Insley, 927 F.2d 185, 186 (4th Cir. 1991); see Randall v. Whelan, 938 F.2d 522, 524 (4th Cir. 1991). Accordingly, defendant is not entitled to the credit she seeks, and her motion [D.E. 120] is DENIED.

SO ORDERED. This 14 day of October 2015.

JAMES C. DEVER III
Chief United States District Judge